In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



 NO. 09-08-00497-CR 


NO. 09-08-00498-CR


____________________



DEANA GAYLE AYRES, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 284th District Court


Montgomery County, Texas


Trial Cause Nos. 06-05-04454-CR and 06-08-08383-CR






 MEMORANDUM OPINION


 The appellant, Deana Gayle Ayres, filed a motion that asks to withdraw her notices
of appeal. The appellant and her attorney of record both signed the motion to dismiss the
appeals. See Tex. R. App. P. 42.2(a). The appellant filed the motion before we issued our
opinion on appeal. Id. We grant the motion and dismiss the appeals. 

 APPEALS DISMISSED.

 ____________________________

 HOLLIS HORTON

 Justice


Opinion Delivered January 21, 2009 

Do Not Publish

Before McKeithen, C.J., Gaultney and Horton, JJ.